UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT DURANT, ROBERT JOHNSON, LORI CAPORICCI, JAMES BENNETT, TYDE, INC., and BEARCAT FINANCIAL SERVICES, INC.,<br><br>Defendants. | Civil Action No. 08-1539 |

## DEFENDANTS' NOTICE OF FILING

COME NOW, the Defendants, James Bennett and Bearcat Financial Services, Inc. (collectively, "Defendants"), by and through the undersigned counsel, and hereby files and attaches the following checks made payable to Franzblau Dratch, P.C. attorneys for Great American Insurance, et. al.

| Check Number | Amount | Date |
|---|---|---|
| 2206 | $5000.00 | 6/09/11 |
| 2223 | $2500.00 | 7/05/11 |
| 2251 | $2500.00 | 8/01/11 |
| 2291 | $2500.00 | 9/01/11 |
| 2334 | $2500.00 | 10/01/11 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 21st, 2012, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized or do not receive electronically Notices of Electronic by U.S. Mail and Email at the addresses listed below.

**LAW OFFICE OF ROBERT ECKARD & ASSOCIATES, P.A.**

_/s/ Robert Eckard, Esq._
**Robert D. Eckard, Esquire (FBN: 0162655)**
**Admitted** *Pro Hac Vice*
**Joelle Fisher, Esquire (FBN: 48204)**
**Admission** *Pro Hac Vice* **pending**
**3110 Alternate 19 N.**
**Palm Harbor, FL 34683**
**Telephone: (727) 772-1941**
**Facsimile: (727) 771-7940**
**E-mail: Robert@RobertEckardLaw.com**

## SERVICE LIST

SECURITIES AND EXCHANGE COMMISSION v. ROBERT DURANT, ROBERT JOHNSON, LORI CAPORICCI, JAMES BENNETT, TYDE, INC., and BEARCAT FINANCIAL SERVICES, INC.

Civil Action No. 1:08-cv-01539-JG-RML

United States District Court For The Eastern District Of New York

Jack Kaufman, Esq.
Securities and Exchange Commission
The Woolworth Building
233 Broadway
6th Floor
New York, NY 10279
Email: kaufmanja@sec.gov

Kenneth V. Byrne, Esq.
U.S. Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY 10281
Email: byrnek@sec.gov

Winston M. Paes, Esq.
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Email: winston.paes@usdoj.gov

ROSE C. BENNETT OR   07-08
JAMES J. BENNETT
1046 TRAFALGAR DR.
NEW PORT RICHEY, FL 34655-4296

2206

Date: 6-9-11

63-27/831 FL
1083

Pay to the Order of: FRANZBLAU DRATCH, P.C.    $ 5000.00

Five Thousand — 00/100 Dollars

Bank of America
ACH R/T 063100277   L.U. HX 2500

For: GREAT AMER VS BEARCAT

Bank of America Advantage®

James J Bennett

:063▮▮▮▮  ▮▮▮▮▮▮▮▮▮  2206

RECEIVED JUN 13 2011
By _____

ROSE C. BENNETT OR   07-08                                         2223
JAMES J. BENNETT
1046 TRAFALGAR DR.
NEW PORT RICHEY, FL 34655-4296
                                          7-5-11 Date    63-27/631.FL
                                                              1083

Pay to the Order of  FRANZBLAU DRATCH. P.C.         | $ 2500

TWENTY FIVE HUNDRED  00/100                           Dollars

**Bank of America**
ACH R/T 063100277    BAL  Lv. 3 x 2500              Bank of America Advantage®

For  GREAT AMER. VS BEARCAT      James J. Bennett   MP

⑆063⬛⬛⬛⬛⑆  ⬛⬛⬛⬛⬛⬛⬛⑈  2223

2014-0801
Bennett

(EW)

ROSE C. BENNETT OR
JAMES J. BENNETT          07-08                                         2251
1046 TRAFALGAR DR.
NEW PORT RICHEY, FL 34655-4296

                                        8/1/2011    Date    63-27/631 FL
Pay to the                                                       1083
Order of  Irving Blau Dratch Esq          $ 2500.00

Twenty five hundred dollars + no/100                Dollars

Bank of America       LV 2 X 2500
ACH R/T 063100277   VS BEARCAT
                                        Bank of America Advantage®
For  Ref Great Amer. Ins      James J Bennett

⑆063⋮       ⋮              2251

Bennett, James

Please do not
deposit to
Mr. Eckerds,
acct

RECEIVED
SEP 06 2011
By _____

---

ROSE C. BENNETT OR
JAMES J. BENNETT
1046 TRAFALGAR DR.
NEW PORT RICHEY, FL. 34655-4296

07-08

2291

9/1/2011 Date

63-27/631 FL
1083

Pay to the Order of _Kunz Blau Dexter P.C._  $ 2500.00

_Seventy Five hundred dollars + 00_ Dollars

Bank of America

ACH R/T 063100277

3 of 4
LEAVET MOR & Ply

For _FOR GREAT AMER_

James J Bennett

Bank of America Advantage®

2291

| | |
|---|---|
| ROSE C. BENNETT OR  07-08<br>JAMES J. BENNETT<br>1046 TRAFALGAR DR.<br>NEW PORT RICHEY, FL 34655-4296 | 2334<br>10/1/2011 Date  63-27/631 FL<br>1083 |

Pay to the Order of: Franz Blau Dratch PC    $ 2500.00

Twenty Five Hundred dollars & NO Dollars

Bank of America    4TH & Final Payment
ACH R/T 063100277    V S Bureau                Bank of America Advantage®

For: REF Great Amer. Ins    James J Bennett VP

⑆063▮▮▮▮▮⑆ ▮▮▮▮▮▮▮▮▮⑈ 2334